UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LARRY RUIZ ABREU,

        Petitioner,

v.                         Case No. 2:26-cv-1678-JES-KRH

WARDEN, FLORIDA SOFT SIDE DETENTION
CENTER, et al.

        Respondents.
_____

**<u>ORDER TO REASSIGN CASE</u>**

Before the Court is Petitioner Larry Ruiz Abreu's second Petition for Writ of Habeas Corpus (Doc. 1). Petitioner complains that he is unlawfully detained in violation of 8 U.S.C. § 1231(a)(6) and the Due Process Clause of the Fifth Amendment because his immigration detention has exceeded 180 days and there is no significant likelihood that he will be removed to Cuba in the reasonably foreseeable future.

United States District Judge Kyle Dudek handled Ruiz Abreu's first petition in case number 2:26-cv-1171-KCD-NPM, and he is familiar with the factual and procedural background of this case. Per Middle District of Florida Local Rule 1.07(a)(2)(A), this related, later-filed action is transferred to the Honorable Kyle Dudek, with his consent, for all further purposes. Thus, the Clerk of Court is **DIRECTED** to **REASSIGN** this case to United States

District Judge Kyle Dudek.

   **DONE AND ORDERED** at Fort Myers, Florida on June 8, 2026.


_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2